No. 18,926.

JAMES REEVES, *Appellee*, v. A. T. RYDER, as Clerk of School District No. 107, etc., *Appellant*.

HEADNOTE BY THE REPORTER.

MANDAMUS—*Damages—Attorneys' Fees—Jurisdiction of District Court.* Upon the affirmance of a judgment awarding the plaintiff a peremptory writ of mandamus, the district court has jurisdiction to pass on any claim of plaintiff for damages, including reasonable attorneys' fees in this court as well as in the district court.

Appeal from Crawford district court; ANDREW J. CURRAN, judge. Opinion filed April 11, 1914. Application for allowance of attorneys' fees denied.

*C. O. Pingry*, of Pittsburg, and *L. W. Johnson*, of Kansas City, for the appellant.

*L. H. Phillips*, of Pittsburg, for the appellee.

*Per Curiam:* The application for the allowance of attorneys' fees in this case is denied. The action was begun in the district court, and the judgment of that court awarding the plaintiff a peremptory writ of man-damus was affirmed. (*Reeves v. Ryder*, 91 Kan. 639, 138 Pac. 592.) The district court has authority (Civ. Code, § 723) to pass on any claim for damages sustained by the plaintiff, including a reasonable allowance for attorneys' fees in this court as well as in the district court.